**95–1835.** State ex rel. Blackshear v. Indus. Comm. *Franklin County*, No. 94APD07–1050. On September 6, 1995, a notice of appeal by Industrial Commission of Ohio, due September 5, 1995, was inadvertently filed by the Clerk's Office. Accordingly,

IT IS ORDERED by the court, *sua sponte*, effective September 21, 1995, that the notice of appeal be, and hereby is, stricken.

IT IS FURTHER ORDERED by the court, *sua sponte*, that, in that appellant failed to perfect an appeal pursuant to S.Ct.Prac.R. II(2)(A)(1), this case be, and hereby is, dismissed, effective September 21, 1995, for lack of jurisdiction.

**95–1921.** State v. Cox. *Delaware County*, No. 93CAA10039. Appellant has filed an untimely appeal of the court of appeals' decision denying his application for reopening under App.R. 26(B) and a motion for delayed appeal. This appeal involves a civil, post-conviction matter and not an appeal of a felony case to which the provisions for delayed appeal in S.Ct.Prac.R. II(2)(A)(4) apply. Therefore,

IT IS ORDERED by the court, *sua sponte*, effective September 21, 1995, that the motion for delayed appeal be, and hereby is, stricken.

IT IS FURTHER ORDERED by the court, *sua sponte*, that, in that appellant failed to perfect an appeal pursuant to S.Ct.Prac.R. II(2)(A)(1), this case be, and hereby is, dismissed, effective September 21, 1995, for lack of jurisdiction.